UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| IN RE: | CASE NO. 10 B 17040 |
|---|---|
|  | CHAPTER 13 |
| DANIEL J PROCTOR |  |
| AMY C PROCTOR | JUDGE JANET S BAER |
| DEBTORS | **NOTICE OF FINAL CURE PAYMENT** |

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, TOM VAUGHN files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:** NATIONSTAR MORTGAGE LLC

**Final Cure Amount**

| Court Claim # | Claim ID | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|---|
| 5 | 17 | 0853 208 RUST TRAIL | $8,081.11 | $8,581.11 | $8,581.11 |
| Total Amount Paid by Trustee |  |  |  |  | $8,581.11 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

___ Through the Chapter 13 Conduit        **X** Direct by the Debtors

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtors, Debtors' Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtors have paid in full the amount required to cure the default on the claim; and 2) whether the Debtors are otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

CASE NO. 10-17040-JSB

# CERTIFICATE OF SERVICE

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail at 55 E. MONROE STREET, SUITE 3850, CHICAGO, IL 60603 or by the methods indicated on this 10th day of February, 2014.

Debtor:
DANIEL J PROCTOR
AMY C PROCTOR
208 W RUST TRAIL
WILLOW SPRINGS, IL 60480

Attorney:
LEDFORD & WU
200 S MICHIGAN AVE #209
CHICAGO, IL 60604-2406
via Clerk's ECF noticing procedures

Mortgage Creditor:
NATIONSTAR MORTGAGE LLC
350 HIGHLAND DR
LEWISVILLE, TX 75067

Mortgage Creditor:
BAC HOME LOANS SERVICING LP
% CODILIS & ASSOCIATES PC
15W030 N FRONTAGE RD #100
BURR RIDGE, IL 60527

Mortgage Creditor:
BAC HOME LOANS SERVICING LP
% LOCKE LORD BISSELL & LIDDELL
111 S WACKER DRIVE
NAPERVILLE, IL 60606

Mortgage Creditor:
BAC HOME LOANS
400 NATIONAL WAY MS
CA69190123
SIMI VALLEY, CA 93065

Creditor:
BAC HOME LOANS SERVICING LP
7105 CORPORATE DR
MS TX2-982-0303
PLANO, TX 75024

ELECTRONIC SERVICE - United States Trustee


Date: February 10, 2014

/s/ TOM VAUGHN
TOM VAUGHN
CHAPTER 13 TRUSTEE
55 E. MONROE STREET, SUITE 3850
CHICAGO, IL 60603